UNITED STATES DISTRICT COURT

MASSACHUSETTS DISTRICT

NO. 04-10732 JLT

MICHAEL CAPUTO,
Petitioner

Vs.

KENNETH NELSON,
Superintendent, Bridgewater State Hospital

### MOTION FOR DEFENDANT TO BE PRESENT AT HEARING

Now comes the petitioner in the above matter and hereby moves this Honorable Court to issue process to secure his presence in Court at the hearing on his Petition Under 28 USC § 2254 For Writ of Habeas Corpus.

As reason therefore, the defendant states that he is entitled to be present, that he feels his presence will assist counsel and his presence will assist the Court.

WHEREFORE, he moves this motion be allowed.

Michael Caputo
By His Attorney,

John J. Courtney BBO#102460
90 Salem Street
Malden, MA 02148
781-321-5700