UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Michael Caputo__
    **Petitioner**

    **V.**

__Kenneth Nelson__
    **Respondent**

**CIVIL ACTION**

**NO. 04-cv-10732 JLT**

## O R D E R

__Tauro, D.J.__

    Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent <u>AND</u> the Attorney General for the Commonwealth of Massachusetts, Attention: Pamela Hunt, Chief, Appellate Division, One Ashburton Place, 18th Floor, Boston, MA 02108.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

    This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition

__April 21, 2004__
    **Date**

__/s/ Joseph L. Tauro__
    **United States District Judge**

**(2254 Service Order.wpd - 12/98)**　　　　　　　　　　　　　　　　　　　　　　　　　　**[2254serv.]**