# United States District Court
# District of Massachusetts

MICHAEL CAPUTO,
    Peititioner,

    V.                                   CIVIL ACTION NO. 04-10732-JLT

KENNETH NELSON,
THE ATTORNEY GENERAL OF THE
    COMMONWEALTH OF MASSACHUSETTS,
    Respondents.

## ***PROCEDURAL ORDER***

COLLINGS, U.S.M.J.

Counsel for the petitioner is granted leave to file and serve a reply memorandum to the Respondent's Memorandum of Law, Etc. (#9) ***on or before the close of business Friday, July 16, 2004.***

                                                  */s/ Robert B. Collings*
                                                  ROBERT B. COLLINGS
                                                  United States Magistrate Judge

Date: June 17, 2004.