# United States District Court
# District of Massachusetts

MICHAEL CAPUTO,
    Peititioner,

V.                                    CIVIL ACTION NO. 04-10732-JLT

KENNETH NELSON,
THE ATTORNEY GENERAL OF THE
    COMMONWEALTH OF MASSACHUSETTS,
    Respondents.

## ORDER STRIKING
## PRO SE PLEADING DOCKETED AS #6

COLLINGS, U.S.M.J.

Since petitioner is represented by counsel who has entered his appearance in this case, the Court will not permit the filing of *pro se* pleadings. Accordingly, it is ORDERED that the *pro se* pleading filed May 11, 2004 and docketed as #6, be, and the same hereby is, STRICKEN.

To the extent that the petitioner wishes to add grounds for the relief sought in the original petition, he must do so by means of a motion to amend his original petition **which is to be filed by his attorney** and is to be accompanied by a

memorandum in support of the motion to amend.

/s/ Robert B. Collings
_____ ROBERT B. COLLINGS
United States Magistrate Judge

Date:  June 17, 2004.