# United States District Court
# District of Massachusetts

MICHAEL CAPUTO,
    Petitioner,

v.                                  CIVIL ACTION NO. 04-10732-JLT

KENNETH NELSON,
    Respondent.

## ORDER STRIKING PRO SE PLEADING DOCKETED AS #14

COLLINGS, U.S.M.J.

For the reasons stated the my earlier Order Striking Pro Se Pleading Docketed as #9, it is ORDERED that the *pro se* pleading docketed as #14 be, and the same hereby is, STRICKEN.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

November 7, 2005.