UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Michael Caputo** | |
| Petitioner | CIVIL ACTION |
| V. | |
| | NO.  04-cv-10732 JLT |
| **Kenneth Nelson** | |
| Respondent | |

**JUDGMENT**

Tauro,  D. J.

In accordance with the Court's Endorsement dated December 5, 2005 adopting the Magistrate Judge's Report and Recommendation of   November 10, 2005, dismissing the petition,  it is hereby ORDERED:

Judgment for the Respondent .

By the Court,

December 5, 2005                                     /s/ Kimberly M. Abaid
Date                                                             Deputy Clerk

(R&R Judgment.wpd - 12/98)