UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael Caputo
Petitioner

CIVIL ACTION

V.

NO. 04-cv-10732JLT

Kenneth Nelson
Respondent

**APPLICATION FOR CERTIFICATE OF APPEALABILITY**

The petitioner, Michael Caputo, respectfully moves that this Court grant him a certificate of appealability pursuant to 28 U.S.C. § 2253. Caputo seeks a certificate of appealability as to this Court's dismissal of Caputo's habeas corpus petition. The issues which Caputo seeks a certificate of appealability on are: the violation of his privilege against self-incrimination.

Respectfully submitted,

John J. Courtney  BBO#102460
90 Salem Street
Malden, MA  02148
781-321-5700

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Assistant Attorney General Maura D. McLaughlin, the attorney of record for the respondent, by first class mail, postage prepaid on  12-20-05