UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael Caputo, Petitioner         )
                                   )
    V.                             )
                                   )   CIVIL ACTION NO. 04-cv-10732JLT
                                   )
Kenneth Nelson, Respondent         )

NOTICE OF APPEAL

Notice is hereby given that Michael Caputo, Petitioner in the above named case hereby appeals to the United States Court of Appeals for the 1st Circuit from the final judgement entered in this action on the 5th day of December.

John J. Courtney BBO#102460
Attorney for Michael Caputo

*[signature]*

90 Salem Street
Malden, MA  02148
781-321-5700

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Assistant Attorney General Maura D. McLaughlin, the attorney of record for the respondent, by first class mail, postage prepaid on