# United States Court of Appeals
## For the First Circuit

04-10732
USDC/MA
Tauro, J

No. 06-1117

MICHAEL CAPUTO,



Petitioner, Appellant,

v.

KENNETH NELSON, Superintendent,
Bridgewater State Hospital,

Respondent, Appellee.

**JUDGMENT**

Entered: July 26, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 8/17/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
_____
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Courtney and Ms. McLaughlin.]